DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL C. KOSCHER,**
Appellant,

v.

**MARCIE KOSCHER,**
Appellee.

No. 4D18-2090

[November 27, 2019]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. FMCE 13-001703.

Michael L. Lundy and Kim A. Hamill of Older, Lundy & Alvarez, Attorneys at Law, Tampa, for appellant.

Terrence P. O'Connor of Morgan. Carratt & O'Connor, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***